JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD,
an individual,

v.

JUAN CARLOS DE LEON, an
individual, dba Casa Blanca
Restaurant # 2870; and DOES 1-
10, inclusive,
                    Defendant.

Case No.: 5:17-cv-01184-BRO-kk

**ORDER DISMISSAL OF THE
ENTIRE ACTION WITH
PREJUDICE**

1

2

3

4          After consideration of the Joint Stipulation for Dismissal of the Entire Action

5   with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and JUAN

6   CARLOS DE LEON, an individual, dba Casa Blanca Restaurant # 2870, stipulate

7   and jointly request  that the Court hereby enters a dismissal with prejudice of

8   Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall

9   bear his or its own costs and attorneys' fees.

10          IT IS SO ORDERED.

11

12  DATED:  September 8, 2017

13                                                    _____

14                                                    UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE